UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| BRITTANY BLACKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC; and DOE 1-5, inclusive,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3-15-cv-425-CRS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**
**(Jury Trial Demanded)**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This Court exercises jurisdiction under 15 U.S.C. 1692k and 28 U.S.C. 1331. This District is of proper venue as Plaintiff is a resident within this District and Defendants engaged in the activities herein alleged against Plaintiff while Plaintiff so resided.

**PARTIES**

1

3. Plaintiff, BRITTANY BLACKMAN (hereinafter "Plaintiff" or "Ms. Blackman"), is a natural person residing in Muldraugh, Kentucky. Defendant, NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC (hereinafter "Defendant") is a California limited liability company believed to maintain its principle place of business at 3609 Bradshaw Rd., Suite H-229 in Sacramento, CA. Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOE 1-5, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities once ascertained. Plaintiff believes and thereon alleges that the fictitiously named defendants are responsible in some manner for the occurrences herein alleged, and that such defendants are responsible to Plaintiff for damages and/or monies owed.

5. NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC and DOE 1-5 shall jointly be referred to herein as "Defendants".

6. Defendants regularly operate as third-party debt collectors and are "debt collectors" as defined by 15 U.S.C. 1692a.

**FACTUAL ALLEGATIONS**

7. Defendants engaged in debt collection efforts in an attempt to collect a consumer debt allegedly owed by Ms. Blackman.

8. On May 27, 2014, Defendants called Ms. Blackman's mother. Defendants informed Ms. Blackman's mother that they were calling from Nationwide Debt Management Solutions, a debt collector, regarding a time sensitive matter for which Ms. Blackman needs to return the call. A return phone number was provided.

9. Ms. Blackman never authorized Defendants to communicate in connection with the alleged debt to her mother or any other third party.

10. Concerned with Defendants' unauthorized communication with her mother, Ms. Blackman retained counsel with Centennial Law Offices.

11. As a direct result of the collection activity herein alleged, Ms. Blackman has incurred legal fees of $1,255.00.

## CAUSES OF ACTION

### COUNT I

12. Plaintiff re-alleges paragraphs 1 through 11, inclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692c(b) by communicating with a third-party in connection with the collection of a debt without Plaintiff's consent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, recovery as follows:

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

2.) For $1,255.00 in legal fees incurred in responding to unlawful collection activity;

3.) For prejudgment interest in an amount to be proved at time of trial;

4.) For attorney's fees pursuant to 15 U.S.C. 1692(k);

5.) For the costs of this lawsuit; and

6.) For any other and further relief that the court considers proper.

**JURY DEMAND**

Plaintiff demands a jury trial.

Date:  May 26, 2015                             s/Robert Amador
                                                Robert Amador, Esq.
                                                Attorney for Plaintiff BRITTANY BLACKMAN
                                                Centennial Law Offices
                                                9452 Telephone Rd. 156
                                                Ventura, CA. 93004
                                                (888) 308-1119 ext. 11
                                                (888) 535-8267 fax
                                                R.Amador@centenniallawoffices.com