UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**BRITTANY BLACKMAN**                                                                     **PLAINTIFF**

vs.                                                        CIVIL ACTION NO.  3:15CV-425-CRS

**NATIONWIDE DEBT MANAGEMENT
SOLUTIONS, LLC, ET AL**                                             **DEFENDANTS**

## ORDER

Counsel for the parties having filed a Stipulated Dismissal of Entire Action (DN 25),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice and without costs to any party.

Date:    May 11, 2016

                                          **Charles R. Simpson III, Senior Judge
United States District Court**

cc:  Counsel of Record